IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIA ARELLANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:14-cv-01325 |
| v. ) | Chief Judge Haynes |
| ) | |
| TUCKER HOTEL INVESTMENTS, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Case Management Conference set in this action for Friday, August 22, 2014 at 2:00 p.m. is **RESET** for **Friday, September 5, 2014 at 2:00 p.m.**

It is so **ORDERED**.

ENTERED this the 31st day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge